# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 29, 2006

129508

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

LEO DENNIS GLOVER,
      Defendant-Appellant.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 129508
COA: 254263
Wayne CC: 03-003196-03

_____/

On order of the Court, the application for leave to appeal the August 9, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

KELLY, J., would remand this case for a hearing pursuant to *People v Ginther*, 390 Mich 436 (1973).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 29, 2006

s0322

_____
Clerk